# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 15, 2010

Lyle W. Cayce
Clerk

No. 09-40856 c/w
No. 09-40859
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOEL MENDOZA-MATA,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:09-CR-331-1
USDC No. 1:08-CR-1194-1

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Defendant-Appellant Joel Mendoza-Mata has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Mendoza-Mata has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 09-40856 c/w
No. 09-40859

leave to withdraw is GRANTED, counsel is excused from further responsibilities

herein, and the consolidated APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.